# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymundo Jude C., <br><br>    Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>    Defendant. | Case No.: 21-cv-01293-BGS <br><br> **ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The parties have filed a Joint Motion seeking remand of this matter to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 16 at 2.) The parties indicated that "[o]n remand, the Commissioner will further develop the record as necessary, and issue a new decision." (*Id.*) The Joint Motion requested that "the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner." (*Id.*)

Accordingly, good cause appearing, the undersigned **GRANTS** the parties' Joint Motion for Voluntary Remand (ECF No. 16) and **REMANDS** this action to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The undersigned **DIRECTS** the Clerk of the Court to enter final judgment in favor of Plaintiff and close the case.

**IT IS SO ORDERED**.

Dated: October 18, 2022

_____
Hon. Bernard G. Skomal
United States Magistrate Judge